51 A.3d 181

Benjamin SANTIAGO, Petitioner

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Bureau of Motor Vehicles, Respondent.

Supreme Court of Pennsylvania.

Aug. 14, 2012.

*ORDER*

PER CURIAM.

AND NOW, this 14th day of August 2012, the Petition for Allowance of Appeal is **GRANTED** and the Order of the Commonwealth Court is **REVERSED** based on this Court's decision in *Mohamed v. PennDOT*, 40 A.3d 1186 (Pa.2012).